## PLATEN *vs.* WILSON.

[This case was argued at the last term and decision reserved.]

The case was dismissed at the May term, 1875, of Chatham superior court. A motion was made to reinstate the same at the November term, 1876, on the ground that the plaintiff was absent from the state and left the case in the hands of his attorney who died of yellow fever in 1876, but was a regular practitioner of law and in health at the May term, 1875, when the case was dismissed.

*Held,* that this court will not reverse the decision of the circuit court in overruling the motion to reinstate.

JACKSON, Judge.

---

CONNER, adm'r, *et al. vs.* CHERRY *et al.*; GRIFFIN *vs.* ENGLISH, sheriff, *et al.*; BARLOW *vs.* Eason ; BENSON *et al. vs.* JONES.

On the facts alleged in complainants' bill, the application for injunction and receiver was properly denied.

---

## TISON *vs.* DART *et al.*

Discretion was not abused in granting the injunction. The case is within the general rule on that subject.

BLECKLEY, Judge.

---

## RICHARDSON *vs.* THE NACOOCHEE GOLD MINING COMPANY ; ELLIOTT *vs.* PRENTICE *et al.*

This court will not control the discretion of the chancellor in the grant of a temporary injunction for trespass, where the allegation, if any, of insolvency is distinctly denied, and where the facts are conflicting in respect to the real cause of the damage to the property of the complainant—whether it be his own act or that of the defendant, which hurt his land.

JACKSON, Judge.